UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. FORBES-CORKILL, | No. 2:17-cv-1304 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY, | |
| Defendant. | |

By order filed June 30, 2017, plaintiff was ordered to provide a certified copy of his prison trust account statement within thirty days. (ECF No. 4.) Thirty days have now passed and plaintiff has failed to file a trust account statement or otherwise address the court's order. However, he has filed a notice of change of address that reflects that he has been released from custody, as well as a first amended complaint. ECF Nos. 7 and 8. Accordingly, plaintiff's previous application to proceed in forma pauperis will be denied and he will be required to complete a non-prisoner application. The court will not screen the amended complaint until plaintiff's application has been received. Failure to submit a completed application will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with a copy of the non-prisoner in forma pauperis application used by this court; and

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed non-prisoner in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:forb1304.3c